UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-po-00168-KJN |
| Plaintiff, | ORDER TO DISMISS AND VACATE STATUS CONFERENCE |
| v. | |
| MICHAEL A. JOINER, | DATE:  March 14, 2017 |
| | TIME:  9:00 a.m. |
| Defendant. | JUDGE: Hon. Kendall J. Newman |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:17-po-00168-KJN without prejudice is GRANTED.

It is further ordered that the status conference scheduled on April 12, 2017, at 9:00 a.m., is vacated.

IT IS SO ORDERED.

Dated: March 23, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE